NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF ABUKAR ABDULLAHI ADDO, an individual doing business as RABUKA FIRE PROTECTION, and ABUKAR ABDULLAHI ADDO, an individual doing business as RABUKA FIRE PROTECTION,<br><br>Plaintiffs,<br><br>vs.<br><br>RMA LAND CONSTRUCTION, INC., a California corporation; EDMUND SCARBOROUGH, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 8:14-cv-00516 DOC (ANx)<br><br>FINAL DEFAULT JUDGMENT AGAINST DEFENDANT RMA LAND CONSTRUCTION, INC. |

  This matter came before the Court on Plaintiffs United States for the Use and Benefit of Abukar Abdullahi Addo, an individual doing business as Rabuka Fire Protection's and Abukar Abdullahi Addo, an individual doing business as Rabuka Fire Protection's (together, "Plaintiffs"), application for default judgment against Defendant RMA Land Construction, Inc., a California corporation (hereinafter, "Defendant"), (Dkt. No. 22.) On September 3, 2014, the Court issued an Order granting Plaintiffs'

application and finding that Plaintiffs are entitled to default judgment in their favor and against Defendant.  In accordance with the Court's September 3, 2014, Order and finding no just reason for delay, IT IS HEREBY ORDERED that default judgment on the Complaint is entered in favor of Plaintiffs and against Defendant, RMA Land Construction, Inc., Plaintiffs are awarded $20,766.50 against RMA Land Construction, Inc., only.

Dated:  September 26, 2014     _____
                                                                    DAVID O. CARTER,
                                                                    UNITED STATES DISTRICT JUDGE